# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JACOB ANDREW BERGERON,

           Petitioner,

v.

UNKNOWN DEPUTY CLERK, et al.,

           Respondents.

Case No. C19-574-BJR

ORDER OF DISMISSAL

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and no objections having been filed, finds and ORDERS as follows:

1. The Report and Recommendation is ADOPTED;

2. Petitioner's 28 U.S.C. § 2241 habeas petition is DISMISSED;

3. The § 2241 habeas petition is invalid in that it seeks relief reserved to 28 U.S.C. 2254 or 2255 actions. As such, Petitioner is DENIED issuance of a certificate of appealability.

DATED this 12th day of June, 2019.

                                                      Barbara Jacobs Rothstein
                                                      U.S. District Court Judge

ORDER OF DISMISSAL- 2